## HERRIN TRANSPORTATION CO. *v.* UNITED STATES ET AL.

No. 837. Decided May 22, 1961.

*Carl L. Phinney* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert W. Ginnane* and *James Y. Piper* for the United States, and *Ewell H. Muse, Jr.* for Strickland Transportation Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.